UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE INDIGO ROOM, INC., RAIMOND
AULEN and DYLAN JONES,

    Plaintiffs,

v.                              Case No:  2:12-cv-39-FtM-38UAM

CITY OF FORT MYERS, DOUGLAS
BAKER and ALAN GAGNON,

    Defendants.
_____/

## ORDER

      This matter comes before the Court on Defendants' City of Fort Myers' and Chief Douglas Baker's Motion for Summary Judgment (Doc. #58) filed on July 29, 2013. The instant Motion seeks the entry of summary judgment with respect to Counts One through Seven of the Complaint. A request for a preliminary injunction predicated on the claims contained in Counts One through Four was denied by this Court in March 2012. Following the filing of an interlocutory appeal, the Eleventh Circuit Court of Appeals affirmed this Court's ruling in Indigo Room v. City of Fort Myers, 710 F.3d 1294 (11th Cir. 2013). Thus, Plaintiffs have filed a Notice of non-opposition to Summary Judgment as to Counts One through Four (Doc. #67) and indicated that they do not oppose the entry of summary judgment as to these Counts only.

      With regard to Counts Five through Seven, the Defendants City of Fort Myers and Chief Douglas Baker have filed a Notice of Partial Withdrawal of their Motion as to Counts Five through Seven (Doc. #77), and indicate that they will be filing an amended motion for summary judgment as to these Counts. Thus, the Court will grant the instant

Motion for Summary Judgment as to Counts One through Four, and otherwise deny the Motion as moot with regard to Counts Five through Seven, with an amended motion as to these Counts to be filed by Defendants City of Fort Myers and Chief Douglas Baker.[1]

Accordingly, it is now

**ORDERED:**

Defendants' City of Fort Myers' and Chief Douglas Baker's Motion for Summary Judgment (Doc. #58) is **GRANTED** as to Counts One through Four, and otherwise **DENIED as moot**. The Clerk shall withhold the entry of judgment until the conclusion of this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of October, 2013.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] The dispositive motion deadline in this case is currently set for October 14, 2013. (Doc. #48).