UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE INDIGO ROOM, INC., RAIMOND
AULEN, and DYLAN JONES,

      Plaintiffs,

v.                                               Case No:   2:12-cv-39-FtM-38CM

CITY OF FORT MYERS, DOUGLAS
BAKER, and ALAIN GAGNON,

      Defendants.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on Defendants City of Fort Myers and Chief Douglas Baker's Motion for Attorneys' Fees and Costs (Doc. #105) filed on February 14, 2014, and Plaintiffs' Opposition to Defendants' Motion (Doc. #108) filed on March 3, 2014. In their Motion, Defendants seek to recover attorneys' fees and costs in the amount of $99,273.00 for Plaintiffs' alleged frivolous and unreasonable claims. (Doc. #105).

On January 29, 2014, the Court granted summary judgment in favor of Defendants City of Fort Myers and Chief Douglas Baker (Doc. #102) and entered Judgment (Doc.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

#103) two days later.[2]  Plaintiffs thereafter filed a Notice of Appeal (Doc. #106) on February 27, 2014.

"As a general rule, the filing of a notice of appeal divests a district court of jurisdiction with respect to any matter involved in the appeal." *Southern-Owners Ins. Co. v. Wall 2 Wall Construc., LLC*, 8:12-cv-1922, 2013 U.S. Dist. LEXIS 182021, at *2 (M.D. Fl. Dec. 31, 2013).  Although this jurisdictional limit does not prohibit the current motion, district courts have discretion to deny a motion for attorneys' fees without prejudice and with leave to refile after the appeal has concluded.  See Fed. R. Civ. P. 54(d)(2)(i) ("Unless a statute or a court order provides otherwise, the motion must: (i) be filed no later than 14 days after the entry of judgment; . . .").  Further, "[t]he Advisory Committee Notes to Rule 54(d)(2) provide that:

> 'If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.''

*Larson v. Correct Craft. Inc.,* No. 6:05–cv–686, 2008 U.S. Dist. LEXIS 32311, at *3 (M.D.Fla. Apr. 18, 2008) (citing Advisory Committee Notes to the 1993 amendment to Rule 54(d)(2)).

Here, because Plaintiffs' appeal is pending before the Eleventh Circuit Court of Appeals (Doc. #106), the Court will deny Defendants' Motion for Attorneys' Fees and Costs (Doc. #105) without prejudice.  See *Southern-Owners,* 2013 U.S. Dist. LEXIS

---

[2] The Court's Judgment (Doc. #103) followed from its Orders (1) granting Defendant Alain Gagnon's Amended Rule 56 Dispositive Verified Motion for Summary Judgment (Doc. #70); (2) granting Defendants City of Fort Myers and Chief Douglas Baker's Amended Motion for Summary Judgment as to Counts Five Through Seven (Doc. #86); and (3) denying Plaintiffs' Motion for Partial Summary Judgment Against Defendant Gagnon (Doc. #87).

182021, at *3 (denying the defendant's motion for attorneys' fees because, in part, "[i]mmediate resolution of the collateral issues of attorneys' fees and costs [would] unlikely . . . assist the Court of Appeals"); *Larson,* 2008 U.S. Dist. LEXIS 32311, at *3 (finding no good cause to grant the defendant's motion for attorneys' fees pending the plaintiff's appeal where the court would likely have to reconsider attorneys' fees after the appeal and when fee issues are often resolved in appellate mediation).

Accordingly, it is now **ORDERED**:

(1) Defendants City of Fort Myers and Chief Douglas Baker's Motion for Attorneys' Fees and Costs (Doc. #105) is **DENIED** without prejudice.

(2) Defendants City of Fort Myers and Chief Douglas Baker have leave to file a Motion for Attorneys' Fees and Costs, if appropriate, within **fourteen (14) days** of the date that the Eleventh Circuit Court of Appeals issues its Mandate on Plaintiff's pending appeal.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

4