UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE INDIGO ROOM, INC.,
RAIMOND AULEN, and DYLAN
JONES,

        Plaintiff,

v.                                      Case No:  2:12-cv-39-FtM-38CM

CITY OF FORT MYERS, DOUGLAS
BAKER, and ALAN GAGNON,

        Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #120) filed on May 21, 2015. Judge Mirando recommends granting in part and denying in part Defendant City of Fort Myers and Douglas Baker's Motion for Attorneys' Fees and Costs (Doc. #116) filed on December 26, 2014. No party objects to the Report and Recommendation, and the time to do so has expired. Thus, this matter is ripe for review.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*novo* review of those findings. See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #70) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Defendant City of Fort Myers and Douglas Baker's Motion for Attorneys' Fees and Costs (Doc. #116) is **GRANTED in part and DENIED in part**. Defendants City of Fort Myers and Douglas Baker are awarded $2,542.50 in attorneys' fees and $4,327.22 in costs for a total award of **$6,869.72**.

3. The Clerk of Court is **DIRECTED** to file an Amended Judgment that includes the amount for attorneys' fees and costs, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record